IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIANA PARRALES, et al.,

    Plaintiffs,

v.                                            Case No. 4:15-cv-424-RH/CAS

ELIZABETH DUDEK, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

    Defendant.
_____/

## NOTICE OF POTENTIAL CONFLICT

Defendant, Elizabeth Dudek, in her official capacity as Secretary for the Florida Agency for Health Care Administration ("AHCA"), notices a potential conflict with the trial date scheduled for the trial period beginning on June 6, 2016.

AHCA is involved in an action in the United States District Court for the Southern District of Florida. *See A.R. v. Dudek*, Case No. 12-60460-CIV-ZLOCH. *A.R. v. Dudek* is a consolidation of two cases: the original *A.R. v. Dudek* case, Case No. 12-60460-CIV, and *United States v. Florida*, Case No. 13-61576-CIV, the defense of each of which has independently consumed considerable agency resources. Although *A.R. v. Dudek* is not a parallel action, and AHCA has retained different outside defense counsel, AHCA anticipates significant overlap in terms of witnesses and assigned agency counsel rendering it impracticable or impossible to defend these cases simultaneously or in close succession.

In the *A.R. v. Dudek* case, the court entered an order in June 2015 scheduling the pre-trial conference for May 20, 2016, and advising that the "PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO

CALENDAR CALL." *See* Exhibit A.  Therefore, AHCA is subject to an indeterminate trial date reasonably encompassing the Court's June 6, 2016, trial period.

AHCA intends to advise the court in the *A.R. v. Dudek* case of its scheduled trial in this case at the appropriate time.  This notice is filed in an abundance of caution, to alert the Court to the possibility that a conflict could develop following the pre-trial conference in the *A.R. v. Dudek* case.  AHCA will further advise the Court if an actual conflict materializes.

Respectfully submitted this 18th day of November, 2015.

        */s/ Erik M. Figlio*
        ERIK M. FIGLIO
        Florida Bar No.: 745251
        GERALD B. CURINGTON
        Florida Bar No.: 224170
        ANTHONY L. BAJOCZKY, JR.
        Florida Bar No.: 96631
        Ausley & McMullen, P.A.
        123 South Calhoun Street (32301)
        Post Office Box 391
        Tallahassee, Florida  32302
        (850) 224-9115
        Facsimile No.:  (850) 222-7560
        rfiglio@ausley.com
        jcurington@ausley.com
        tbajoczky@ausley.com

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 18th day of November, 2015.

        */s/ Erik M. Figlio*
        ERIK M. FIGLIO